**No. 57596.**—I. Reifsnyder, Son & Co. *v.* United States, protest 191186–K (Philadelphia).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the net weight of the wool noils in question, as imported, was 5,356 pounds, rather than as returned by the United States weigher, the collector was directed to refund all duties taken in excess.

**No. 57597.**—F. B. Vandegrift & Co. *v.* United States, protest 191759–K (Philadelphia).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the net weight of the wool in question, as imported, was 18,513 pounds, rather than 22,252 pounds, the collector was directed to refund all duties taken in excess.

**No. 57598.**—Lone Star Company *v.* United States, protest 175022–K (Galveston).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found ("1 case short landed"), were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as not found, i. e., "1 case short landed." The protest was sustained to this extent.